# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

v.                         **Case No. 4:08-cr-00091 KGB**

**SANFORD SLATER**                                                                **DEFENDANT**

## ORDER

Before the Court is defendant Sanford Slater's motion for early termination of supervised release (Dkt. No. 48). Mr. Slater has completed at least one year of supervision (Dkt. No. 51, at 1). In fact, Mr. Slater began his term of supervision on January 15, 2015, and has been under supervision since that time.

The United States filed a response concluding that, after consulting the U.S. Probation Office, the United States has no objection to the early termination of Mr. Slater's supervised release (Dkt. No. 51). 18 U.S.C. § 3583(e) provides that the Court may, after considering the relevant factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, provided that the action is warranted by the conduct of the defendant released and the interest of justice. The Court is satisfied that early termination is warranted by Mr. Slater's conduct and is in the interest of justice. His motion is therefore granted (Dkt. No. 51).

It is so ordered this 12th day of September, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge